In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00145-CR**
_____

**XAVIER JUD SINEGAL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause No. F13-16030**

**MEMORANDUM OPINION**

On January 22, 2016, the trial court sentenced Xavier Jud Sinegal on an indictment for burglary of a habitation with intent to commit sexual assault. The trial court signed a certification in which the trial court certified that this is a plea-bargain case and Sinegal has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). On May 15, 2023, Sinegal filed a notice of appeal *pro se*. The District Clerk provided the certification to the Court of Appeals.

1

On May 16, 2023, we notified the parties that we would dismiss the appeal unless the appellant established the certification was incorrect. In a response filed by his court-appointed attorney, Sinegal concedes that the notice of appeal is untimely and the certification is accurate. We dismiss the appeal. *See* Tex. R. App. P. 25.2(d).

APPEAL DISMISSED.

PER CURIAM

Submitted on June 6, 2023
Opinion Delivered June 7, 2023
Do Not Publish

Before Golemon, C.J., Horton and Johnson, JJ.